## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JON CODY                                                           PLAINTIFF


VS.                        CASE NO. 4:21CV00938 JM/PSH


KILOLO KIJAKAZI, Acting Commissioner,
    Social Security Administration                     DEFENDANT


### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded

for further proceedings.  This is a "sentence four" remand within the meaning of

42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE