IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JON CODY**                                                                                     **PLAINTIFF**

V.                                              **4:21CV00938 JM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                  **DEFENDANT**

**ORDER**

Plaintiff has filed a motion for attorney's fees, docket # 14 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $5,424.20. The fees, costs and expenses in the amount of $5,424.20 should be payable directly to Plaintiff and mailed to her attorney. Accordingly, Plaintiff's motion, docket # 14, is GRANTED in part.

IT IS SO ORDERED this 1st day of July, 2022.

_____
James M. Moody Jr.
United States District Judge